IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CEDRIC M. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:11-cv-290-ID |
| | ) |
| RUSSELL COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. Plaintiff's false imprisonment claim is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff's claims against the Russell County Sheriff's Department are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

4.      This case is DISMISSED prior to service of process.

A separate judgment shall issue.

Done this 12th day of May, 2011.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE